Lisa S. Kantor, Esq. State Bar No. 110678
  e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq. State Bar No. 199634
  e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:   (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
David Ridenour

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RIDENOUR, | Case No.: 15-cv-03051-LB |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1) |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, | |
| Defendant. | |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. CV 15-cv-03051-LB is dismissed in its entirety, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

1  IT IS HEREBY ORDERED.

DATED: June 17, 2016

_____
Hon. Laurel Beeler
United States Magistrate Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

2

[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(A)(1)